**PELLETIER & ROURKE, INC.**
Insurance Adjusters

September 12, 2006

Ms. Adrienne Southgate
[redacted]

RE - Vermont Mutual Insurance Company
Policy # HO 12296942
Water, Mold & Rot Damage- 8/31/06
Adjuster's File #61005

Dear Ms. Southgate:

This office represents the Vermont Mutual Insurance Company in the adjustment of the above loss. Thank you for meeting with me on September 6, 2006 to inspect the water, mold and rot damage to your home.

The company has asked me to send you this written explanation of why they will not be able to make payment for your claim. The information currently available is suggesting that the water, mold and rot damage was caused, in least in part, by the seepage of surface and/ or subsurface water.

Your claim is being declined for payment because your policy specifically excludes loss caused directly or indirectly by surface water or water below the surface of the ground, including water which seeps or leaks through a building, regardless of any other cause or event contributing concurrently or in any sequence to the loss.

You can find the following coverage excerpts on pages seven and eight of the H115 version of coverage form HO 00 03 04 91, as follows:

**H 115 (4-91)**

**HO 00 03 04 91**

**HOMEOWNERS 3 - SPECIAL FORM**

**SECTION I – EXCLUSIONS**

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

c. **Water Damage**, meaning:

245 Waterman Street, Suite 501, Providence, Rhode Island 02906-5215
TEL. (401) 274-6800 WATS (800) 875-1104 FAX (401) 421-7159

(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains or which overflows from a sump; or

(3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

Page 7 & 8of 15 Copyright, Insurance Services Office, Inc., 1990 H115 (4-91) HO 00 03 04 91

We hope you have found this information of assistance in understanding your policy's coverage. If you have any questions regarding your coverage, please do not hesitate to contact me at the number below.

The preceding in no way constitutes, nor should it be construed as, a waiver or relinquishment by Vermont Mutual of any and all other rights available under the terms and provisions of the above captioned policy of insurance and under applicable law. Additionally, the preceding in no way restricts or limits Vermont Mutual from relying upon and asserting other facts and grounds that are, or may become, available.

Pursuant to Regulation 73, promulgated by the Insurance Division of the Rhode Island Department of Business Regulation, the following is stated:

> We will be available to you to discuss the position we have taken. Should you, however, wish to contact the Rhode Island Department of Business Regulation, you may do so at the address listed below. In certain limited circumstances the Department may have jurisdiction pursuant to RI Gen. Laws 27-9.1-6 and therefore, you may be able to have the matter reviewed by the Department.
>
> The Department does not have authority to settle or arbitrate claims, determine liability or order an Insurer to pay a claim.

Rhode Island Department of Business Regulation, Insurance Division
233 Richmond Street
Providence, Rhode Island 02903

The Rhode Island Insurance Division can be contacted by telephone at 401-222-2223.

Very truly yours,

PELLETIER & ROURKE, INC.

Jeffrey A. Gorman, Adjuster

JAG:ks