Anthony F. Cottone

ATTORNEY AT LAW

55 Dorrance Street, Suite 400 • Providence, RI 02903

Admitted in Rhode Island,
Massachusetts, Connecticut
and New York

Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

October 5, 2006

John G. Hines, Esq.
HINES & PATZ, INC.
1 James P. Murphy Highway
West Warwick, RI 02893

Re: Vermont Mutual Insurance Company
Policy # HO 12296942
Insured: Adrienne Southgate
Adjuster's File #61105

Dear John:

I understand from our brief phone conversation yesterday that you will be representing Vermont Mutual in the above matter and assume that you have a copy of my October 2 letter to Adjuster Jeffrey A. Gorman. As you know, the problems at Ms. Southgate's residence render the premises uninhabitable and she has been making every effort to address the problem expeditiously.

Enclosed please find estimates to remediate the problem from: (1) Bash Cleaning & Mold Remediation Services of East Providence; (2) Enviro-Clean, Inc. of Smithfield; and (3) SERVPRO of Metro Rhode Island, which is located in Providence. *Ms. Southgate intends to sign a contract to remediate the problem with one of these entities by the close of business on Tuesday, October 10, 2005.* Therefore, if as a result of Vermont Mutual's investigation of the problem it has any input as to remediation, it should contact the undersigned immediately as time is of the essence.

Very truly yours,

Anthony F. Cottone

cc: Adrienne Southgate (w/e/ encls.)

SERVPRO®

**Servpro of Pawtucket/E.Prov**

Phone
Fax
office@servproofmetrori.com
Tax ID

## Loss Information

Adrienne Southgate
[redacted]

Home: (401) 301-7823 Work:
Type: Mold Cause: Other
Claim #:
Policy #:

## Loss Statistics

FNOL Date: 9/25/2006
Loss Date: 9/25/2006

Company: Self Pay
Agent:
Adjustor:
Estimator: Ed Roakos

## Job

| Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|
| sfCeiling | 506.66 | 0.00 | 0.00 | 506.66 |
| sfFloor | 503.00 | 0.00 | 0.00 | 503.00 |
| sfWalls | 1,440.00 | 0.00 | 0.00 | 1,440.00 |

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 1 | Indoor Air Quality Air Scrubbers, 750> cfm | 5.00 | DAY | $125.00 | $625.00 | | |
| 2 | Indoor Air Quality Containment Barrier | 1.00 | EA | $275.00 | $275.00 | | |
| 3 | Indoor Air Quality Hepa Filter | 1.00 | EA | $188.00 | $188.00 | | |
| 4 | Indoor Air Quality Hepa Primary Filter | 10.00 | EA | $12.50 | $125.00 | | |
| 5 | Disposal Dumpster, 30 YD | 2.00 | LD | $650.00 | $1,300.00 | | |
| 6 | Indoor Air Quality Labor, Under PPE<br>(Note: Labor to haul and dispose of debris) | 12.00 | HR | $49.50 | $594.00 | | |

| | | | |
|---|---|---|---|
| Mitigation: | $1,213.00 | Structure: | $3,107.00 |
| Restoration: | $594.00 | Contents: | $0.00 |
| Replacement: | $1,300.00 | Total: | $3,107.00 |

## Family Room

Vaulted Ceiling

Length: 11 ft 6 in
Width: 25 ft 0 in
Height 1: 11 ft 6 in
Height 2: 7 ft 6 in

| Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|
| sfCeiling | 291.16 | 0.00 | 0.00 | 291.16 |
| sfFloor | 287.50 | 0.00 | 0.00 | 287.50 |
| sfWalls | 693.50 | 0.00 | 0.00 | 693.50 |

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 7 | Dispose Insulation | 10.00 | BAG | $12.00 | $120.00 | | |
| 8 | Dispose Insulation | 10.00 | BAG | $12.00 | $120.00 | | |
| 9 | Remove Ceiling | 291.16 | SF | $0.95 | $276.60 | | |
| 10 | Hepa Vacuum Ceiling | 291.16 | SF | $0.60 | $174.70 | | |
| 11 | Antimicrobial Ceiling | 291.16 | SF | $0.15 | $43.67 | | |
| 12 | Remove Wall | 589.47 | SF | $0.45 | $265.26 | | |
| 13 | Remove Insulation<br>(Note: Remove insulation from walls) | 294.73 | SF | $0.35 | $103.16 | | |



(c) Servpro Intellectual Property, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 14 | Remove Insulation<br>(Note: Remove insulation from ceiling) | 291.16 | SF | $0.35 | $101.91 |
| 15 | Hepa Vacuum Wall | 693.50 | SF | $0.60 | $416.10 |
| 16 | Antimicrobial Wall | 693.50 | SF | $0.15 | $104.03 |
| 17 | Antimicrobial Floor | 287.50 | SF | $0.15 | $43.13 |
| 18 | Hepa Vacuum Floor | 287.50 | SF | $0.60 | $172.50 |

| | | | |
|---|---|---|---|
| Mitigation: | $937.76 | Structure: | $1,941.06 |
| Restoration: | $763.30 | Contents: | $0.00 |
| Replacement: | $240.00 | Total: | $1,941.06 |

## 1/2 Bath

Box

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| Length: 4 ft 0 in | sfCeiling | 22.00 | 0.00 | 0.00 | 22.00 |
| Width: 5 ft 6 in | sfFloor | 22.00 | 0.00 | 0.00 | 22.00 |
| Height: 8 ft 6 in | sfWalls | 161.50 | 0.00 | 0.00 | 161.50 |

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 19 | Dispose Insulation | 1.00 | BAG | $12.00 | $12.00 | | |
| 20 | Remove Ceiling | 22.00 | SF | $0.95 | $20.90 | | |
| 21 | Hepa Vacuum Ceiling | 22.00 | SF | $0.60 | $13.20 | | |
| 22 | Antimicrobial Ceiling | 22.00 | SF | $0.15 | $3.30 | | |
| 23 | Remove Wall | 104.99 | SF | $0.45 | $47.25 | | |
| 24 | Remove Insulation<br>(Note: Remove insulation from walls) | 40.38 | SF | $0.35 | $14.13 | | |
| 25 | Remove Insulation | 22.00 | SF | $0.35 | $7.70 | | |
| 26 | Hepa Vacuum Wall | 161.50 | SF | $0.60 | $96.90 | | |
| 27 | Antimicrobial Wall | 161.50 | SF | $0.15 | $24.23 | | |
| 28 | Antimicrobial Floor | 22.00 | SF | $0.15 | $3.30 | | |
| 29 | Hepa Vacuum Floor | 22.00 | SF | $0.60 | $13.20 | | |

| | | | |
|---|---|---|---|
| Mitigation: | $120.81 | Structure: | $256.11 |
| Restoration: | $123.30 | Contents: | $0.00 |
| Replacement: | $12.00 | Total: | $256.11 |

## Bath

Box

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| Length: 6 ft 6 in | sfCeiling | 58.50 | 0.00 | 0.00 | 58.50 |
| Width: 9 ft 0 in | sfFloor | 58.50 | 0.00 | 0.00 | 58.50 |
| Height: 7 ft 6 in | sfWalls | 232.50 | 0.00 | 0.00 | 232.50 |

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 30 | Dispose Insulation | 2.00 | BAG | $12.00 | $24.00 | | |
| 31 | Dispose Insulation | 2.00 | BAG | $12.00 | $24.00 | | |
| 32 | Remove Ceiling | 58.50 | SF | $0.95 | $55.58 | | |
| 33 | Hepa Vacuum Ceiling | 58.50 | SF | $0.60 | $35.10 | | |
| 34 | Antimicrobial Ceiling | 58.50 | SF | $0.15 | $8.77 | | |
| 35 | Remove Wall | 151.13 | SF | $0.45 | $68.01 | | |
| 36 | Remove Insulation<br>(Note: Remove insulation from ceiling) | 58.52 | SF | $0.35 | $20.48 | | |
| 37 | Remove Insulation<br>(Note: Remove insulation from walls) | 58.13 | SF | $0.35 | $20.35 | | |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Hepa Vacuum Wall | 232.50 | SF | $0.60 | $139.50 |
| 39 | Antimicrobial Wall | 232.50 | SF | $0.15 | $34.88 |
| 40 | Antimicrobial Floor | 58.50 | SF | $0.15 | $8.77 |
| 41 | Hepa Vacuum Floor | 58.50 | SF | $0.60 | $35.10 |

| | | | |
|---|---|---|---|
| Mitigation: | $216.84 | Structure: | $474.54 |
| Restoration: | $209.70 | Contents: | $0.00 |
| Replacement: | $48.00 | Total: | $474.54 |

## Bedroom

Box

Length: 10 ft 0 in
Width: 13 ft 6 in
Height: 7 ft 6 in

| Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|
| sfCeiling | 135.00 | 0.00 | 0.00 | 135.00 |
| sfFloor | 135.00 | 0.00 | 0.00 | 135.00 |
| sfWalls | 352.50 | 0.00 | 0.00 | 352.50 |

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 42 | Hepa Vacuum Ceiling | 135.00 | SF | $0.60 | $81.00 | | |
| 43 | Antimicrobial Ceiling | 135.00 | SF | $0.15 | $20.25 | | |
| 44 | Hepa Vacuum Wall | 352.50 | SF | $0.60 | $211.50 | | |
| 45 | Antimicrobial Wall | 352.50 | SF | $0.15 | $52.88 | | |
| 46 | Antimicrobial Floor | 135.00 | SF | $0.15 | $20.25 | | |
| 47 | Hepa Vacuum Floor | 135.00 | SF | $0.60 | $81.00 | | |

| | | | |
|---|---|---|---|
| Mitigation: | $93.38 | Structure: | $466.88 |
| Restoration: | $373.50 | Contents: | $0.00 |
| Replacement: | $0.00 | Total: | $466.88 |


(c) Servpro Intellectual Property, Inc.

## Structure and Contents Summary

| | Structure | Contents | O and P | Non Taxable | Taxable | Total |
|---|---|---|---|---|---|---|
| 1/2 Bath | $256.11 | $0.00 | $0.00 | $256.11 | $0.00 | $256.11 |
| Bath | $474.54 | $0.00 | $0.00 | $474.54 | $0.00 | $474.54 |
| Bedroom | $466.88 | $0.00 | $0.00 | $466.88 | $0.00 | $466.88 |
| Family Room | $1,941.06 | $0.00 | $0.00 | $1,941.06 | $0.00 | $1,941.06 |
| Job | $3,107.00 | $0.00 | $0.00 | $3,107.00 | $0.00 | $3,107.00 |
| | $6,245.59 | $0.00 | $0.00 | $6,245.59 | $0.00 | $6,245.59 |

## Summary Totals

| | | | |
|---|---|---|---|
| Structure: | $6,245.59 | | |
| Contents: | $0.00 | S/C Total: | $6,245.59 |
| Overhead: | $0.00 | | |
| Profit: | $0.00 | O/P Total: | $0.00 |
| Non Taxable: | $6,245.59 | | |
| Taxable: | $0.00 | | |
| | | Sub Total: | $6,245.59 |
| | | 0.00% Sales Tax: | $0.00 |
| | | Total: | $6,245.59 |

Deductible NOT COLLECTED:



(c) Servpro Intellectual Property, Inc.

41 Cedar Swamp Road
Smithfield, RI 02917
Phone: (401) 231-3130
Fax: (401) 231-6126

enviro-clean, inc. MOLD & IAQ PROFESSIONALS www.envirocleanmold.com

# MOLD REMEDIATION PROPOSAL

Date: October 3rd, 2006

Client: Adrienne Southgate

Email: [redacted]

Property Location: [redacted]

The following proposal and report is based on the inspection performed by Enviro-Clean, Inc. (ECI) on Friday September 29th, 2006. A site inspection of said property yielded visible mold growth on the sheetrock in the bedroom area. It is ECI's opinion that the growth is on the surface of the wallboard. This may be due to a humidity problem. There could be an insulation issue in the vaulted ceiling. We recommend to open up some test holes sporadically in the area in question to inspect the back of the sheetrock. This is to be followed by a detailed cleaning under the controls as required by the New York City DOH, EPA, IICRC S520, and OSHA requirements as related to mold remediation activities.

Enviro-Clean Inc. is pleased to submit the following proposal for remediation of mold contamination:

**<u>Bedroom Area</u>**

- Containment of the bedroom area using 3-stage HEPA filtered negative air machines and 6-mil poly to create negative air pressure throughout the duration of the remediation project
- Removal of 4" in diameter test holes in the wallboard and ceiling to inspect the backing for fungal contamination. If more demolition is needed, homeowner will be notified before any work above and beyond this proposal takes place
- HEPA vacuuming off all exposed surfaces and remaining building materials
- Wipedown and/or scrub all exposed surfaces and remaining building materials using an EPA approved biocide
- 2nd stage of HEPA vacuuming of all exposed surfaces and remaining building materials using an EPA approved biocide
- Running 3-stage HEPA filtered air scrubbers for a period of 72 hours after the remediation work is complete

Enviro-Clean Inc. proposes to provide supplies, equipment, materials, documentation, labor, supervision and disposal necessary to complete the project.

Enviro-Clean Inc. is a trained remediation contracting company with employees trained in mold remediation work. Current state of the art remediation techniques will be utilized to perform the scope of work.

41 Cedar Swamp Road
Smithfield, RI 02917
Phone: (401) 231-3130
Fax: (401) 231-6126

enviro-clean, inc. MOLD & IAQ PROFESSIONALS www.envirocleanmold.com

Method of Removal and Remediation in concurrence with EPA, NYCDOH, IICRC S520 and OSHA:

1. Regulation of work area by maintaining relative humidity levels below 60%.
2. Seal all critical barriers in the work area including HVAC supplies and returns.
3. Create decontamination chamber(s) and air-locks at entrance of containment area with 6-mil poly OR tunnel system leading directly to the outdoors.
4. Place containment under negative pressure using HEPA filtered negative air machines. The negative air machines will provide a minimum of 4 air changes per house and a maximum of 16. The machines will be set up to exhaust outside the building.
5. A HEPA filtered air scrubber will be placed outside the containment (if/when containment is needed) to aid in prevention of cross contamination and to keep a positive pressure on the exterior of the containment.
6. Remove by hand any wallboard or mold contaminated porous content that may be found within the containment area. These materials will be carefully removed as to maintain low levels of airborne dust and fungal spores.
7. All material removed will be placed in a 6-mil poly bag, sealed, and properly decontaminated before removal from containment area.
8. HEPA vacuum all surfaces within containment area
9. Decontaminate-disinfect hard surfaces using an EPA registered product designed for mold abatement.
10. HEPA vacuum all surfaces within containment area a second time.

41 Cedar Swamp Road
Smithfield, RI 02917
Phone: (401) 231-3130
Fax: (401) 231-6126
enviro-clean, inc. MOLD & IAQ PROFESSIONALS www.envirocleanmold.com

- Special Points:

  - Should additional mold or water damaged be discovered, the scope of work will expand only after proper notification and authorization to proceed has been received.

  - Should additional work be required, it will not start until written approval of procedures and pricing is received and authorized.

  - The work methods to be used by Enviro-Clean Inc. will surpass those as required by the New York City DOH, EPA, IICRC S520, and OSHA requirements as related to mold remediation activities.

  - All work to be done with employees in personal protective equipment and in compliance with Enviro-Clean Inc. safety standards and standard operating procedures (which derive from OSHA standards).

  - Any damage to surfaces due to containment construction is excluded from this proposal.

  - The work above does not guarantee that clearance levels can be reached for any areas outside the scope of work desired.

  - Enviro-Clean Inc. recommends third party investigation and/or testing at the conclusion of the remediation project. Enviro-Clean Inc. can recommend a firm for this task if needed.

  - Any repairs necessary, due to the remediation process, are excluded from this proposal.

  - It is important to understand that mold is ubiquitous and the goal of remediation is to bring the indoor environment to an acceptable level. Should moisture be reintroduced into the indoor environment, mold growth will likely reoccur

enviro-clean, inc.
41 Cedar Swamp Road
Smithfield, RI 02917
Phone: (401) 231-3130
Fax: (401) 231-6126
MOLD & IAQ PROFESSIONALS
www.envirocleanmold.com

- Pricing:

Estimated Cost: $4,250

______ Initial acceptance of the price associated with the work to be performed

- Pricing Conditions:

1. Payment Terms: 50% deposit 50% due upon completion OR:

_______________________________________________

2. Estimated Cost valid within 90 days from date of proposal.
3. Permit fees may not be included in this proposal.
4. This project is expected to take: 2 days
5. Pricing is based on our inspection of: 9/29/06
6. Owner provides electrical.
7. Owner provides access to water.
8. Parking is available by owner.
9. Any changes in the job scope will be documented and billed at established rates.

ACCEPTANCE STATEMENT

I, ________________________________, accept this proposal in its entirety and authorize Enviro-Clean, Inc. to begin work on this project at the agreed upon start date. By signing above, I understand that mold is a living organism. I also understand that given conditions (including moisture intrusion and building material) uncontrollable by ECI, mold growth may occur or recur in the future if proper precautions are not made. ECI cannot guarantee that mold will not return and I do hereby forever hold harmless Enviro-Clean, Inc.

_______________________________ _______________________________
Signature Date

Should you have any questions or require additional information, please do not hesitate to contact us.

Very truly yours,

Enviro-Clean Inc.

Eric Martin, MRT, MRPS, CMR, ASD, WRT, MCR
Project Manager

# BASH CLEANING & MOLD REMEDIATION SERVICES

12 McCausland Avenue, East Providence, RI 02914-3506
401.431.6200, 1.800.772.5900, Fax: 401.435.3211

# PROPOSAL

| | |
|---|---|
| PROPOSED TO: ADRIENNE SOUTHGATE<br>[redacted]<br>PHONE: 401.301.7823 | DATE: September 22, 2006<br>JOB LOCATION: [redacted] |

*** We Follow the Environmental Protection Agency's Guidelines: "Mold Remediation in Schools & Commercial Buildings." These guidelines also apply to homes.**
*** We Use Mold Inhibitors; A Process Recommended by the Center for Disease Control (CDC)**

**MOLD REMEDIATION <u>WORK PLAN</u> (operating procedures):**
We will **clean and remove** all mold from the following (size & location):
**~Approximately 1070 Sq Ft of Dry Wall**
**~Approximately 28 Sq Ft of Carpeting**
**~Remediate Contaminated Floors**
**~Remediate Archway in One Room**
We will setup a "staging area" (containment area where remediators will robe and disrobe from their PPEs) in the hallway.
The entire **family room** will become a containment area, windows, heating vents, air ducts…will be sealed to prevent contamination in other areas of the house.

During the remediation process we will run the HEPA air scrubbers, also the scrubbers will continue to operate for 24 hours after remediation is complete. During mitigation all mold will be HEPA vacuumed and all contaminated material will be contained, according to EPA Guide Lines, and placed at curb side.
**CLEARANCE CRITERIA/AIR SAMPLING** (level of "cleanliness" achieved after remediation)
**Note:** It is impossible to eliminate all mold spores from a home or building, **they are a natural part of dust and are constantly floating in the air.**

* The duration of this project is approximately 5 days..maybe less. The last day is cleanup.

| | |
|---|---|
| Price To Complete: **$5,473.00** | Payment Terms: **Pay In-Full on Day of Service** |
| Proposal Valid For: **30 DAYS** | |

Authorized Signature:

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the quotation. All agreements are contingent upon strikes, accidents, weather and any and all delays beyond our control. BASH Cleaning & Mold Remediation is not liable for any pre-existing damages or installation irregularities.

ACCEPTANCE OF PROPOSAL – **The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.**
SIGNATURE: DATE: