Anthony F. Cottone
ATTORNEY AT LAW
55 Dorrance Street, Suite 400 • Providence, RI 02903

Admitted in Rhode Island, Massachusetts, Connecticut and New York

Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

October 11, 2006

**By Fax (401) 421-7159**
**and First Class Mail**

John G. Hines, Esq.
HINES & PATZ, INC.
1 James P. Murphy Highway
West Warwick, RI 02893

Re: Vermont Mutual Insurance Company
Policy # HO 12296942
Insured: Adrienne Southgate
Adjuster's File #61105

Dear John:

After reviewing the three estimates and consulting with an independent expert Ms. Southgate believes that Bash Cleaning & Mold Remediation Services of East Providence should be hired to remediate the problem at her residence. Please advise whether Bash Cleaning should contact Adjustor Gorman at Pelletier & Rourke, Inc. to arrange for payment.

Also, please be advised that Ms. Southgate has been losing rental income of $900 per month since August and therefore time is of the essence.

Very truly yours,

Anthony F. Cottone

cc: Adrienne Southgate