CERTIFICATION

I, the undersigned, certify that I forwarded by electronic email the within Answer and Entry of Appearance to the following counsel fo record on the 29th day of November, 2006.

/s/ John G. Hines (0576)

Anthony F. Cottone, Esquire
55 Dorrance Street, Suite 400
Providence, RI 02903
cottonelaw@cox.net