UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIENNE SOUTHGATE | : | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | C.A. No. 06-500 ML |
| | : | |
| VERMONT MUTUAL | : | |
| INSURANCE COMPANY, | : | |
| *Defendant.* | : | |

**ASSENTED-TO MOTION TO AMEND THE PRE-TRIAL ORDER**

Plaintiff, ADRIENNE SOUTHGATE, hereby moves with the assent of defendant, VERMONT MUTUAL INSURANCE COMPANY, to amend the Pre-Trial Order in the above matter to extend the dates within which the parties shall make their expert witness disclosures from, respectively, April 2, 2007 to April 30, 2007 for the plaintiff and from May 2, 2007 to May 16, 2007 for the defendant.

As grounds, the parties aver that by order of court, no discovery has been taken in the above matter pending a settlement conference with Judge Magistrate Lovegreen on April 4, 2007. Plaintiff is not in a position to make expert witness disclosures until her counsel has conducted at least one deposition, which has been noticed, but, as stated, continued, pending the scheduled settlement conference.

Plaintiff,
ADRIENNE SOUTHGATE,
By her attorney,

/s/_Anthony F. Cottone ____

Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Assend-to Motion was served electronically upon John G. Hines, Esq., at Hines-corrigan@conversent.net on this 4th day of April, 2007.

/s/ Anthony F. Cottone__________