UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIENNE SOUTHGATE<br>*Plaintiff*,<br><br>vs.<br><br>VERMONT MUTUAL<br>INSURANCE COMPANY,<br>*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-500 ML |

**JOINT MOTION TO AMEND**
**THE PRE-TRIAL ORDER**

Plaintiff, ADRIENNE SOUTHGATE ("Southgate") and defendant, VERMONT MUTUAL INSURANCE COMPANY ("Vermont Mutual"), hereby jointly move to amend the Pre-Trial Order in the above matter to extend:

(1) the discovery closure date from June 6, 2007 to July 15, 2007;

(2) the dates within which the parties shall make their expert witness disclosures from, respectively, April 30, 2007 to June 15, 2007 for Southgate, and from May 16, 2007 to June 30, 2007 for Vermont Mutual; and

(3) the date by which dispositive motions shall be filed from June 20, 2007 to July 30, 2007.

As grounds, the parties aver that by order of court, no discovery was taken in the above matter pending a settlement conference with Judge Magistrate Lovegreen on April 4, 2007. In addition, Southgate is not in a position to make expert witness disclosures until her counsel has completed the deposition of Vermont Mutual's adjuster, Jeffrey Gorman, which commenced on May 10, 2007 but which has been continued pending a

motion to compel deposition testimony following counsel's direction to the deponent not to provide an answer to a question which Southgate's counsel contends is relevant. The parties are awaiting a transcript of the deposition and a motion to compel will be made by Southgate promptly thereafter.

Plaintiff,
ADRIENNE SOUTHGATE,
By her attorney,

/s/_Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

Defendant,
VERMONT MUTUAL INSURANCE,
By its attorney,

/s/_John G. Hines___
John G. Hines, #0576
HINES AND CORRIGAN, INC.
One James P. Murphy Highway
West Warwick, RI 02893
Tel: (401) 821-6266
Fax: (401) 821-6446
HINES-CORRIGAN@CONVERSENT.NET