UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIENNE SOUTHGATE<br>*Plaintiff*,<br><br>vs.<br><br>VERMONT MUTUAL<br>INSURANCE COMPANY,<br>*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-500 ML |

**PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY AND FOR ATTORNEYS' FEES**

Plaintiff, ADRIENNE SOUTHGATE ("Southgate"), hereby moves pursuant to Fed.R.Civ. P. 37(a)(2)(B) to compel deposition testimony from deponent Jeffrey Gorman ("Gorman") - an adjuster hired by defendant VERMONT MUTUAL INSURANCE COMPANY ("Vermont Mutual") to investigate certain property damage sustained by Southgate at her residence and to make recommendations as to available coverage under a homeowners policy that had been issued to Southgate by Vermont Mutual - and for attorneys' fees pursuant to Fed.R.Civ.P. 37(a)(4)(A).

Plaintiff's counsel hereby certifies that he has in good faith conferred with defense counsel in an effort to secure the relevant testimony without the necessity of court action, to no avail.

Plaintiff,
ADRIENNE SOUTHGATE,
By her attorney,

/s/Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street
Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**Certification**

I hereby certify that a true and accurate copy of the above Motion was filed electronically and sent by electronic mail to John G. Hines, Esq., HINES AND CORRIGAN, INC., One James P. Murphy Highway, West Warwick, RI 02893 at HINES-CORRIGAN@CONVERSENT.NET on this 21st day of May, 2007.

/s/Anthony F. Cottone