UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIENNE SOUTHGATE
*Plaintiff,* :
:
vs. : C.A. No. 06-500 ML
:
VERMONT MUTUAL :
INSURANCE COMPANY, :
*Defendant.* :

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO LIMIT THE SCOPE AND MANNER OF THE TAKING OF THE DEPOSIRTION OF JEFFREY GORMAN**

Plaintiff, ADRIENNE SOUTHGATE ("Southgate"), hereby objects to the Motion Pursuant to Fed.R.Civ.P. 30(d)(4) to Limit the Scope and Manner of the Taking of the Deposition of Jeffrey Gorman filed by defendant, VERMONT MUTUAL INSURANCE COMPANY.

As grounds, Southgate refers to her May 21, 2007 Memorandum filed in support of her Motion to Compel Deposition Testimony and for Attorneys' Fees.

Plaintiff,
ADRIENNE SOUTHGATE,
By her attorney,

/s/Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street
Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

## Certification

I hereby certify that a true and accurate copy of the above Objection was filed electronically and sent by electronic mail to John G. Hines, Esq., HINES AND CORRIGAN, INC., One James P. Murphy Highway, West Warwick, RI 02893 at HINES-CORRIGAN@CONVERSENT.NET on this 14th day of June, 2007.

/s/Anthony F. Cottone