UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIENNE SOUTHGATE

VS. C.A. NO. 06-500ML

VERMONT MUTUAL
INSURANCE COMPANY

# AMENDED NOTICE OF DEPOSITION

TO: Counsel of Record

Deponent: **Michael Brown, Bash Cleaning & Mold Remediation Services**
Date/Time: **July 12, 2007 at 4:00 p.m.**

Notary: Faria Court Reporting
PO Box 439
Jamestown, RI 02835

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant will take the deposition of the above-named individual, upon oral examination, for the purpose of discovery, or for the use of evidence in this action, or for both, to commence at the above-specified time on the above-mentioned date, at the law offices of **Hines and Corrigan, Inc., One James P. Murphy Highway, West Warwick, RI 02893,** before a notary public duly commissioned in the State of Rhode Island.

Further, it is requested that the deponent bring with him those records described in the attached Exhibit A.

Defendant,
By its Attorneys,

/s/ John G. Hines (0576)
/s/ Robert P. Corrigan (4233)
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)

DATED: June 28, 2007

# CERTIFICATION

I, the undersigned, certify that I forwarded by electronic email the within document to the following counsel fo record on the 28th day of June, 2007.

/s/ John G. Hines (0576)

Anthony F. Cottone, Esquire
55 Dorrance Street, Suite 400
Providence, RI 02903
cottonelaw@cox.net

**Exhibit A**

Any and all proposals, reports, letters, contracts and notes pertaining to services rendered to Adrienne Southgate regarding property located at 22 Rosedale Avenue, Barrington, RI 02806-1556.