UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIENNE SOUTHGATE

VS. C.A. NO. 06-500ML

VERMONT MUTUAL
INSURANCE COMPANY

**ASSENTED TO MOTION TO AMEND THE PRE-TRIAL ORDER**

Defendant, Vermont Mutual Insurance Company, here moves with the assent of Plaintiff's counsel, to amend the Pre-Trial Order in the above matter to extend all the discovery dates for a period of approximately six (6) weeks, up to and including August 30, 2007. Similarly, the parties request that the time for discovery motions and Pre-Trial Memoranda be extended to a reasonable period of time, in the Court's mind, after discovery deadlines.

As grounds, the parties aver that the Plaintiff has not finished the deposition of the Defendant's expert witness and the Defendant's deposition of the Plaintiff's expert witness was recently continued, at the request of the plaintiff's counsel, based upon a settlement proposal which Plaintiff's counsel is faxing to Defendant's counsel and, if accepted by Defendant's counsel, would resolve all issues based upon cross- motions for summary judgment (i.e. settlement parameters will be agreed to between counsel contingent upon which party's motion for summary judgment is granted).

Plaintiff's counsel has no objection to this request for a further amendment to the Pre-Trial Order.

Defendant,
By its Attorneys,

/s/ John G. Hines (0576)
/s/ Robert P. Corrigan (4233)
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)

DATED: July 13, 2007

**CERTIFICATION**

I, the undersigned, certify that I forwarded by electronic email the within document to the following counsel fo record on the 13th day of July, 2007.

/s/ John G. Hines (0576)

Anthony F. Cottone, Esquire
55 Dorrance Street, Suite 400
Providence, RI 02903
cottonelaw@cox.net