UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIENNE SOUTHGATE

VS. C.A. NO. 06-500ML

VERMONT MUTUAL
INSURANCE COMPANY

MOTION TO STRIKE EXHIBITS A THROUGH F
TO DEFENDANT'S MEMORANDUM IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, Vermont Mutual Insurance Company, and moves to Strike Exhibits A through F attached to its Memorandum in Support of its Motion for Summary Judgment. Defendant states it shall make the appropriate redactions and re-file its Exhibits A through F in a separate document.

Defendant,
By its Attorneys,

/s/ John G. Hines (0576)
/s/ Robert P. Corrigan (4233)
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)

DATED: September 13, 2007

**CERTIFICATION**

I, the undersigned, certify that I forwarded by electronic email the within document to the following counsel fo record on the 13 th day of September, 2007.

/s/ John G. Hines (0576)

Anthony F. Cottone, Esquire
55 Dorrance Street, Suite 400

Providence, RI 02903
cottonelaw@cox.net