EXHIBIT F

8:30AM Appt.

## QUESTIONS TO ASK AT TIME OF TELEPHONE CONVERSATION

## REGARDING MOLD REMEDIATION JOBS

1. What is **the source** (cause of) the moisture problem? Water-table high her house at bottom of hill

* 2. What **type of building** (attic, is it insulated & basement, is it finished) NOT SURE
RANCH BUILT ON SLAB

3. Number of occupants who are at HIGH-RISK (asthma, lung disease, babies, & elderly) NONE
4. Extent of **moisture damage** (what things in the home have **water stains & water damaged**) DID NOT TALK ABOUT

- When (note the DATE) did the flood or water intrusion happen? NO FLOOD
- How long did the **flood** stay in the building before the water was pumped out? NO
- What **type of water** (was it rain water or sewage water)? RAIN WATER
- * IS THE SOURCE OF THE MOISTURE PROBLEM FIX OR NOT? NO
THERE IS HIGH WATER TABLE - she thinks
- Is **mold seen** and if yes, where? WALLS - 2 - added rooms + 1 - Bed RM
- * DISCRETLY ASK IF THEY HAVE FLOOD INSURANCE

Ranch on slab
Sub-floor (question of mold) - is in family rm. - used to be garage. The garage turn onto family room
Insurance Adjuster said he (was Vacant) believe mold UNDER SUB-FLOOR