UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIENNE SOUTHGATE | | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | C.A. No. 06-500 ML |
| | : | |
| VERMONT MUTUAL | : | |
| INSURANCE COMPANY, | : | |
| *Defendant.* | : | |

**PLAINTIFF'S CONSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, ADRIENNE SOUTHGATE, hereby moves for a ten (10) day extension of time, up to and including October 11, 2007, within which to respond to the partial summary judgment of defendant, VERMONT MUTUAL INSURANCE COMPANY. A response form the plaintiff is due on October 1, 2007.

Plaintiff's counsel is a sole practitioner who has represented various defendants in a two-week bench trial concluding September 25, 2007 before the Hon. Alice Gibney in the Providence County Superior Court in the consolidated cases *Krysalis Foundation, et al. v. PRA, et al.*, C.A. No. 02-3262 and *Persian Cultural Foundation v. Stephen T. Napolitano,* C.A. No. 00-0613. Pre-trial briefs in this state court matter are due on Monday, October 1, 2007, and due to the press of this and other business, plaintiff's counsel avers that he will not be able to provide the attention to the response due in this Court that said response warrants.

Defendant's counsel has no objection and consents to this motion.

Plaintiff,
ADRIENNE SOUTHGATE,
By her attorney,

/s/Anthony F. Cottone

Anthony F. Cottone, #3922
55 Dorrance Street
Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**Certification**

I hereby certify that a true and accurate copy of the above Motion was filed electronically and sent by electronic mail to John G. Hines, Esq., HINES AND CORRIGAN, INC., One James P. Murphy Highway, West Warwick, RI 02893 at HINES-CORRIGAN@CONVERSENT.NET on this 28th day of September, 2007.

/s/Anthony F. Cottone