UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIENNE SOUTHGATE | | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | C.A. No. 06-500 ML |
| | : | |
| VERMONT MUTUAL | : | |
| INSURANCE COMPANY, | : | |
| *Defendant*. | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT I**

Plaintiff, ADRIENNE SOUTHGATE, hereby objects to defendant, VERMONT MUTUAL INSURANCE COMPANY'S motion for summary judgment as to Count I of Southgate's Complaint alleging breach of contract.

As grounds, Southgate refers to the memorandum submitted in support of her objection.

Plaintiff,
ADRIENNE SOUTHGATE,
By her attorney,

/s/Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street
Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**Certification**

I hereby certify that a true and accurate copy of the above Objection was filed electronically and sent by electronic mail to John G. Hines, Esq., HINES AND CORRIGAN, INC., One James P. Murphy Highway, West Warwick, RI 02893 at HINES-CORRIGAN@CONVERSENT.NET on this 10th day of October, 2007.

/s/Anthony F. Cottone