PLAINTIFF'S EXHIBIT 3
Gorman-3
5-10-07 JAP

1.250.00

PELLETIER & ROURKE, INC.
Insurance Adjusters

245 Waterman Street, Suite 501
Providence, Rhode Island 02906-5215

TEL. (401) 274-6800 WATS (800) 875-1104 FAX (401) 421-7159

**First Report**

| | | | |
|---|---|---|---|
| Insured: | Adrienne Southgate | Date of Report: | 09/07/06 |
| Policy No. | HO12296942 | Date of Loss: | 08/31/06 |
| VM Claim No. | HC130861 | Assign Date: | 09/01/06 |
| IA File No.: | 61005 | Contact Date: | 09/01/06 |
| Type of Loss: | WATER, MOLD AND ROT | Inspection Date: | 09/06/06 |

***SUPERVISOR REPLY REQUESTED*: (If no, leave blank) Yes**

***ADVANCE PAYMENT REQUESTED*: (If no, leave blank)**

**Advance Payments Requested:**

| | **Payment To:** | **Bldg or Dwelling** | **Cvg B** | **Contents or BPP** | **Coverage D or BI** | **TOTAL** |
|---|---|---|---|---|---|---|
| **1.** | | $ | $ | $ | $ | $ |
| **2.** | | $ | $ | $ | $ | $ |

**Public Adjuster Name:** (If insd has one)

**Applicable Forms and Endorsements:**

- HO 3 (4-91)
- HO 0432 (5-02)

**Mortgagee:** Wells Fargo Bank

**Deductible:** $500.00

[redacted]

Exhibit 3

**Policy Limits Affected:**

(A or Bldg) $250,000.00 (B) $ (C or BPP) $ (D or BI) $

**Reserves:**

(A or Bldg) $ (B) $ (C or BPP) $ (D or BI) $

**Cause of Loss/ Subrogation:** A claim is being presented under the captioned policy concerning water damage, mold and rot damage to interior sections of the insured dwelling.

Pursuant to the receipt of the loss assignment at this office on September 1, 2006, contact was made with Named Insured Adrienne Southgate on the date of assignment, and at her request, an inspection was conducted by the Undersigned in conjunction with Ms. Southgate on September 6, 2006.

The insured dwelling is a 1-story, single-family frame dwelling constructed over a masonry slab foundation.

The insured dwelling is presently vacant.

Ms. Southgate indicated that she moved out of the dwelling on August 16, 2006 and relocated to an apartment located at 34 Lennon Street, Providence, RI.

She indicated that since the date of her moved, she has engaged local contractors to complete interior redecoration in anticipation of putting the dwelling up for sale during the next one-month period.

Ms. Southgate indicated that she engaged the Carpet Outlet of Pawtucket, RI to remove and replace the wall-to-wall carpeting throughout the dwelling.

She indicated that on the captioned date, she received a call from her flooring contractor indicating that the wall-to-wall carpeting and carpet pad had been removed and there was rot damage to the plywood underlayment in the area of the rear entrance door in the first-level living room.

She indicated that she received advice that the removed carpet pad was saturated in areas.

Ms. Southgate indicated that she also noticed surface mold growth on the painted walls and trim within the dwelling.

The water damage appears to relate to the seepage of surface and/or subsurface water which has been occurring over a period of time.

Inspection disclosed no evidence of any roof leaks or leakage of water from any plumbing system components.

Ms. Southgate indicated that during periods of heavy rain, she has noticed water pooling in the front and rear yard of the premises.

At the time of our meeting, Ms. Southgate completed and signed the Company's Fungi, Mold, Wet or Dry Rot Questionnaire, which is attached.

Our adjustment activity is being conducted in accordance with the attached signed Non-Waiver Agreement.

Reference is made to the enclosed set of photographs, which depicts the condition of the insured property noted at the time of this Adjuster's inspection.

**Liability:** The captioned Homeowner's Policy indicates exclusionary relative to the circumstances of the loss.

Reference is made to Section I – Exclusions on Pages 7 and 8 of pertinent Form HO 3 (4-91), which specifies that the captioned policy does not provide coverage for loss caused by surface and/or subsurface water.

The captioned policy provides additional coverage for limited fungi, wet or dry rot or bacteria in the limit of $10,000.00 in accordance with pertinent Form HO 0432 (05-02).

However, since the origin does not relate to a covered cause of loss, coverage would not be provided under the pertinent endorsement.

A draft Letter of Declination is attached for your review.

**Insurance To Value:**

Replacement Cost Value: $193,171.00

Amount of Insurance Carried: $250,000.00

Does this meet coinsurance requirement: Yes

Replacement Cost estimator attached to the file: ☒

**Salvage:** None.

# NON-WAIVER AGREEMENT

IT IS HEREBY UNDERSTOOD AND AGREED by and between the parties signing this agreement, that any action taken by the hereinafter named Insurance Company or Companies in investigating the cause of loss, or investigating and ascertaining the amount of sound value, or the amount of loss and damage which occurred on or about August 31, 19 2006, shall not waive or invalidate any of the terms or conditions of any policy or policies, and shall not waive or invalidate any rights whatever of either of the parties to this agreement.

IT IS FURTHER UNDERSTOOD AND AGREED that neither the examination of the insured or of any other person, the examination of the books of account, bills, invoices, or other vouchers of the insured or any other person, the request of any other information, or the furnishing thereof, or the incurring of any trouble or expense by the insured shall waive or invalidate any of the terms and conditions of the policy or policies, or any defense thereunder.

THE INTENT of this agreement is to preserve the rights of all parties hereto, and to permit an investigation of the cause of loss, the investigation and ascertainment of the amount of sound value, or the amount of loss and damage, or any of them without regard to the liability of the hereinafter named Insurance Company or Companies.

WITNESS our hands in duplicate this 6th day of September, 19 2006.

| | |
|---|---|
| Adrienne Southgate | Vermont Mutual Insurance Company |
| Adrienne [signature] | by Pelletier + Rourke, Inc |
| | [signature] |
| | Jeffrey A. Gorman |

UNIFORM STANDARD Form No. 3902

PRINTED IN U.S.A.

PELLETIER & ROURKE, INC.
Insurance Adjusters

September 7, 2006

Ms. Adrienne Southgate
22 Rosedale Avenue
Barrington, RI 02806

RE - Vermont Mutual Insurance Company
Policy # HO 12296942
Water, Mold & Rot Damage- 8/31/06
Adjuster's File #61005

Dear Ms. Southgate:

This office represents the Vermont Mutual Insurance Company in the adjustment of the above loss.

Thank you for meeting with me on September 6, 2006 to inspect the water, mold and rot damage to your home.

The company has asked me to send you this written explanation of why they will not be able to make payment for your claim. The information currently available is suggesting that the water, mold and rot damage was caused, in least in part, by the seepage of surface and/ or subsurface water.

Your claim is being declined for payment because your policy specifically excludes loss caused directly or indirectly by surface water or water below the surface of the ground, including water which seeps or leaks through a building, regardless of any other cause or event contributing concurrently or in any sequence to the loss.

Your claim for the cost to remove the mold and rot damage is being declined for payment because your policy specifically excludes loss caused by mold, unless it is the result of fire or lightning, or to the extent that coverage is provided in your policy's limited coverage for fungi.

You can find the following coverage excerpts on pages seven and eight of the H115 version of coverage form HO 00 03 04 91, as follows:

**H 115 (4-91)**

**HO 00 03 04 91**

**HOMEOWNERS 3 - SPECIAL FORM**

**SECTION I – EXCLUSIONS**

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

c. **Water Damage,** meaning:

(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains or which overflows from a sump; or

(3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

**Page 7 & 8of 15** Copyright, Insurance Services Office, Inc., 1990 **H115 (4-91) HO 00 03 04 91**

You can find your policy's mold exclusion on page seven of the H 115 (4-91) version of coverage form HO 00 03 04 91, and on page two of coverage form HO 04 32 05 02, as follows:

**H 115 (4-91)**

**HO 00 03 04 91**

**HOMEOWNERS 3 - SPECIAL FORM**

---

**SECTION I – EXCLUSIONS**

---

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**H115 (4-91)**

**Page 7of 15** Copyright, Insurance Services Office, Inc., 1990 **HO 00 03 04 91**

**POLICY NUMBER:** **HOMEOWNERS**
**HO 04 32 05 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE**

**SECTION I – EXCLUSIONS**

Exclusion **1.i.** is added.

**i. "Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This exclusion does not apply:

**(1)** When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

**(2)** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section **I** – Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

**Page 2 of 3** © ISO Properties, Inc., 2002 **HO 04 32 05 02**

Your policy's limited coverage for fungi only applies when the mold is the result of fire or lightning, or when the mold is caused by repeated water seepage or by condensation. The coverage grant for the repeated water seepage and condensation causes of loss only applies if the damage is both hidden and unknown to all insureds. Since your mold loss event occurred in an attic used for storage, the damage was not hidden.

You can find your policy's limited coverage for fungi on page six of the H 115 (4-91) version of coverage form HO 00 03 04 91, and on page two of coverage form HO 04 32 05 02, as follows:

**H 115 (4-91)**

**HO 00 03 04 91**

**HOMEOWNERS 3 - SPECIAL FORM**

**SECTION I – PERILS INSURED AGAINST**

**COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

**e.**Any of the following:

**(1)** Wear and tear, marring, deterioration;

**(2)** Inherent vice, latent defect, mechanical breakdown;

**(3)** Smog, rust or other corrosion, mold, wet or dry rot;

**Page 6of 15** Copyright, Insurance Services Office, Inc., 1990 **H115 (4-91) HO 00 03 04 91**

**POLICY NUMBER:** **HOMEOWNERS HO 04 32 05 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE**

**SECTION I – PERILS INSURED AGAINST**

**COVERAGE A – DWELLING AND COVERAGE B – OTHER STRUCTURES**

Paragraph **2.e.(3)** is deleted and replaced by the following:

**(3)** Smog, rust or other corrosion;

Paragraph **2.e.(9)** is added:

**(9)** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Your policy's limited coverage for personal property damaged by fungi only applies when the mold is caused by a plumbing leak that is both hidden and unknown to all insureds. As was in the case of your dwelling damage, since your leak occurred in a plumbing valve visible from your closet, the leak was not hidden.

You can find your policy's limited coverage for fungi on page six of the H 115 (4-91) version of coverage form HO 00 03 04 91, and on page two of coverage form HO 04 32 05 02, as follows:

**H 115 (4-91)**

**HO 00 03 04 91**

**HOMEOWNERS 3 - SPECIAL FORM**

**SECTION I – PERILS INSURED AGAINST**

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I – EXCLUSIONS.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

**a.** To the system or appliance from which the water or steam escaped;

**b.** Caused by or resulting from freezing except as provided in the peril of freezing below; or

**c.** On the "residence premises" caused by accidental discharge or overflow which occurs away from the building where the "residence premises" is located.

**POLICY NUMBER:** **HOMEOWNERS HO 04 32 05 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE**

**SECTION I – PERILS INSURED AGAINST**

**COVERAGE C – PERSONAL PROPERTY**

Paragraph **12.d.** is added:

**d.** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

We hope you have found this information of assistance in understanding your policy's coverage. If you have any questions regarding your coverage, please do not hesitate to contact me at the number below.

The preceding in no way constitutes, nor should it be construed as, a waiver or relinquishment by Vermont Mutual of any and all other rights available under the terms and provisions of the above captioned policy of insurance and under applicable law. Additionally, the preceding in no way restricts or limits Vermont Mutual from relying upon and asserting other facts and grounds that are, or may become, available.

Pursuant to Regulation 73, promulgated by the Insurance Division of the Rhode Island Department of Business Regulation, the following is stated:

We will be available to you to discuss the position we have taken. Should you, however, wish to contact the Rhode Island Department of Business Regulation, you may do so at the

address listed below. In certain limited circumstances the Department may have jurisdiction pursuant to RI Gen. Laws 27-9.1-6 and therefore, you may be able to have the matter reviewed by the Department.
The Department does not have authority to settle or arbitrate claims, determine liability or order an Insurer to pay a claim.

Rhode Island Department of Business Regulation, Insurance Division
233 Richmond Street
Providence, Rhode Island 02903

The Rhode Island Insurance Division can be contacted by telephone at 401-222-2223.

Very truly yours,

PELLETIER & ROURKE, INC.

Jeffrey A. Gorman, Adjuster

JAG:vj

Since 1828

Vermont Mutual Insurance Company
Northern Security Insurance Company, Inc.
Granite Mutual Insurance Company
89 State Street PO Box 369
Montpelier, Vermont 05601-0369
Claims 800-435-0397
Property/Liability Claims Fax 802-229-7647
Auto Claims Fax 802-229-8941

# Fungi, Mold, Wet or Dry Rot Questionnaire

1. How long have you owned and/or lived in this home?

Bought 11/1993 - lived here since 1/1994

2. Describe the damage or repairs for which you are seeking coverage under your policy:

rot damage was discovered following removal of flooring, including carpeting; also noticed mold growth on painted surfaces. Carpet Outlet of Pawtucket was hired to install rugs and noticed carpet pad was wet.

3. What was the first indication of damage, and when did you first become aware of it?

received call from carpet installer on 8/31/06 @ noon and was advised of water, rot & mold situation

4. Describe all measures taken to prevent further damage, and list their cost:

all wet materials were removed (already paid for - $723 for carpet removal which was being done to renovate home)

5. If measures were taken to prevent further damage, when did they begin?

8/31/06 - immediately

# Fungi, Mold, Wet or Dry Rot Questionnaire

6. Were any professional repairers or consultants contacted to inspect the damage? (If so, please identify and advise when they were contacted.)

   not as of yet; contacted insurance company agent for directions

7. Have you been provided with any estimates of cost to repair the damage? (If so, please explain and attach copies of any written estimates.)

   no

8. Do you have any photographs or digital images of the damage or area of damage? (If so, please attach copies.)

   taken by adjuster on 9/6/06

9. Was any governmental agency or authority aware of the damage? (If so, please identify and advise when they were advised of the damage.)

   no

10. Please identify all residents of your home:

   Adrienne Southgate, owner
   sometimes Colin Southgate, son (now in graduate school in South Africa)

I have read and understand the questions on page one and two, and my answers are true and correct to the best of my knowledge.

Adrienne G Southgate — Signature

9/6/06 — Date

**UNDERWRITING NOTICE**

| | | | |
|---|---|---|---|
| **CLAIM NUMBER:** | **HC130861** | **POLICY NUMBER:** | **HO12296942** |
| **DATE OF LOSS:** | **08/31/06** | **INSURED:** | **Adrienne Southgate** |
| **ADJUSTER:** | **Pelletier & Rourke Inc** | **AGENT:** | **Troy, Pires And Allen, Llc** |
| **LOCATION:** | | **DATE:** | |

**Please note and review circumstances below:**

- [ ] Conditions of property:
  - [ ] Poor housekeeping
  - [ ] Maintenance problems
  - [ ] Excessive debris
- [ ] Insurance-to-value
  - [ ] Low
  - [ ] High
- [ ] Presence of:
  - [ ] Dog or any non-domestic animal-including farm animals
  - [ ] Trampoline
  - [ ] Skate board ramp
  - [ ] Unfenced, in-ground pool
  - [ ] Underground storage tank
- [ ] Any unsafe conditions
  - [ ] Unrailed steps
  - [ ] Knob and tube wiring
  - [ ] Fuses
- [ ] Death of the Insured
- [X] Occupancy
  - [ ] Seasonal
  - [ ] Secondary
  - [X] Vacant
  - [ ] Non-owner occupied
  - [ ] Student housing
- [ ] Business on premises
- [ ] Improper woodstove or any unusual heating system
  - [ ] No central heat
  - [ ] Woodstove or fireplace
- [ ] Coastal water exposure
- [ ] Barns or other structure
- [ ] Unique homes-dome homes, earth homes, log homes
- [ ] Isolated and/or inaccessible homes
- [ ] Special circumstances (claim settled on a compromise basis and/or for nuisance value). Please consult with adjuster handling claim.
- [ ] Claims history
- [ ] PILR match
- [ ] Other/Remarks:

PELLETIER & ROURKE, INC.

Jeffrey A. Gorman

JEFFREY A. GORMAN, ADJUSTER

Name: Adrienne Southgate
by Pelletier & Rourke, Inc.
Mailing Address:

Property Address: 22 Rosedale Avenue

Barrington, RI 02806

Policy Number: HT2296942
Account Number:
Effective Date:
Current Coverage: $0
Agent Name:
Branch Office:
Cost As Of: 05/2006
Value Basis: Reconstruction
Number of Families: 1

## Cost Estimate

### Coverage A

| | | |
|---|---|---|
| **Reconstruction Cost w/o Debris Removal** | $ | 193,171 |
| Debris Removal | $ | 9,287 |
| **Reconstruction Cost with Debris Removal** | $ | 202,458 |
| Depreciation | $ | 40,492 |
| **Actual Cash Value** | $ | 161,966 |

| Category | Labor | Equipment/Misc | Material | Total |
|---|---|---|---|---|
| General Conditions | | 7,430 | | 7,430 |
| Sitework | | | | |
| Foundations | | | | |
| Slab on Grade | 3,526 | 86 | 2,872 | 6,484 |
| Framing | 14,315 | | 10,815 | 25,130 |
| Roofing | 3,826 | | 4,100 | 7,926 |
| Exterior Walls | 11,528 | | 15,889 | 27,417 |
| Partitions | 13,331 | 621 | 8,811 | 22,763 |
| Wall Finishes | 5,077 | | 3,048 | 8,125 |
| Floor Finishes | 1,810 | | 3,917 | 5,727 |
| Ceiling Finishes | 5,156 | 245 | 2,772 | 8,173 |
| Equipment | 2,280 | | 29,746 | 32,026 |
| Conveying Systems | | | | |
| Plumbing Systems | 7,831 | | 17,509 | 25,340 |
| HVAC Systems | 2,432 | | 5,437 | 7,869 |
| Electrical Systems | 4,719 | | 4,042 | 8,761 |
| Attached Structures | | | | |
| **Subtotal** | $75,831 | $8,382 | $108,958 | $193,171 |

## Property Description

| | Main Home | Wing 1 | Wing 2 |
|---|---|---|---|
| Year Built | 1965 | | |
| Predominant Style | 1 Story | | |
| Number of Stories | 1.00 | | |
| Total Living Area | 1,368 | | |
| % Cathedral Ceilings | | | |
| % Slab | 100 | | |
| % Crawl Space | | | |
| % Basement | | | |
| % Basement Finished | | | |
| % Pier Foundation | | | |
| % Hillside Foundation | | | |
| Slope | | | |
| Shape | | | |
| Site Access | Flat Area/Easy Access Roads | | |

Exterior Walls
100% Wood Siding
10% Vinyl
5% Ceramic Tile

Roofing
100% Asphalt/Fiberglass Shingle

Partitions
100% Plaster

Wall Coverings
100% Paint

Ceilings
100% Plaster

Floor Coverings
85% Wall to Wall Carpet - (acrylic/nylon)

Interior
1 Kitchen - Custom
1 Full Bath - Custom

HVAC
100% Heating - Oil

MS/B costs include labor and material, normal profit and overhead as of date of report. Costs represent general estimates that are not to be considered a detailed quantity survey.


Copyright © 2006 Marshall & Swift/Boeckh, LLC and its licensors



INSURED: Adrienne Southgate

CLAIM #:

POLICY #:

ADJUSTER: Jeffrey A. Gorman

DATE OF PHOTOGRAPH 9/6/06

#___1___

DESCRIPTION:

Exterior view of risk



#___2___

DESCRIPTION:

Rot damage plywood underlayment- 1st level living room in area of exterior door



INSURED: Adrienne Southgate

CLAIM #:

POLICY #:

ADJUSTER: Jeffrey A. Gorman

DATE OF PHOTOGRAPH 9/6/06

# 3

DESCRIPTION:

Rot damage plywood underlayment- 1st level living room in area of exterior door



# 4

DESCRIPTION:

Interior view of 1st level



INSURED: Adrienne Southgate

CLAIM #:

POLICY #:

ADJUSTER: Jeffrey A. Gorman

DATE OF PHOTOGRAPH 9/6/06

# 5

DESCRIPTION:

View of living room and kitchen hallway



# 6

DESCRIPTION:

View of removed carpet at 1st level den

INSURED: Adrienne Southgate

CLAIM #:

POLICY #:

ADJUSTER: Jeffrey A. Gorman

DATE OF PHOTOGRAPH 9/6/06



#____7___

DESCRIPTION:

View of removed carpet at 1st level bedroom



#____8___

DESCRIPTION:

Visible mold growth on painted trim



INSURED: Adrienne Southgate

CLAIM #:

POLICY #:

ADJUSTER: Jeffrey A. Gorman

DATE OF PHOTOGRAPH 9/6/06

#____9___

DESCRIPTION:

Visible mold growth on painted surface- hallway



#____10___

DESCRIPTION:

View of removed carpet- 1st level