# BASH CLEANING & MOLD REMEDIATION SERVICES

12 McCausland Avenue, East Providence, RI 02914-3506
401.431.6200, 1.800.772.5900, Fax: 401.435.3211

# PROPOSAL

| | |
|---|---|
| PROPOSED TO: ADRIENNE SOUTHGATE<br>22 ROSEDALE AVENUE<br>BARRINGTON, RI 02806-1556<br>PHONE: 401.301.7823 | DATE: September 20, 2006<br><br>JOB LOCATION: 22 ROSEDALE AVENUE<br>BARRINGTON, RI 02806-1556 |

*** We Follow the Environmental Protection Agency's Guidelines: "Mold Remediation in Schools & Commercial Buildings." These guidelines also apply to homes.**
*** We Use Mold Inhibitors; A Process Recommended by the Center for Disease Control (CDC)**

**MOLD REMEDIATION <u>WORK PLAN</u> (operating procedures):**
We will **clean and remove** all mold from the following (size & location):

- Remove roughly 1070 sq ft of drywall
- " " 28 sq ft of rug
- Remediate Floor Areas
- " " Archway / room
- staging area hall way
- ~~Contamination~~ Containment area family room

**STANDARD REMEDIATION PROCEDURES** (described in consultation with client) ______YES?

**CLEARANCE CRITERIA/AIR SAMPLING** (level of "cleanliness" achieved after remediation)
**Note:** It is impossible to eliminate all mold spores from a home or building, **they are a natural part of dust and are constantly floating in the air**.

We will perform Air Quality sampling, clearance tests, pre and post remediation.
**Please read: Client Mold Information Sheet & EPA Book..Mold Remediation Schools & Commercial**

| | |
|---|---|
| Price To Complete: $ ~~5,349~~ 5,473 | Payment Terms: **Pay In-Full on Day of Service** |
| Proposal **Valid** For: **30 DAYS** | |

Authorized Signature: Donna M. Cortez, Owner

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the quotation. All agreements are contingent upon strikes, accidents, weather and any and all delays beyond our control. BASH Cleaning & Mold Remediation is not liable for any pre-existing damages or installation irregularities.

ACCEPTANCE OF PROPOSAL – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to [redacted]ned above.
SIGNATURE: DATE:

Exhibit 5

# BASH CLEANING & MOLD REMEDIATION SERVICES

12 McCausland Avenue, East Providence, RI 02914-3506
401.431.6200, 1.800.772.5900, Fax: 401.435.3211

# PROPOSAL

| | |
|---|---|
| PROPOSED TO: ADRIENNE SOUTHGATE<br>22 ROSEDALE AVENUE<br>BARRINGTON, RI 02806-1556<br>PHONE: 401.301.7823 | DATE: September 20, 2006<br><br>JOB LOCATION: 22 ROSEDALE AVENUE<br>BARRINGTON, RI 02806-1556 |

*** We Follow the Environmental Protection Agency's Guidelines: "Mold Remediation in Schools & Commercial Buildings." These guidelines also apply to homes.**
*** We Use Mold Inhibitors; A Process Recommended by the Center for Disease Control (CDC)**

**MOLD REMEDIATION WORK PLAN (operating procedures):**
We will **clean and remove** all mold from the following (size & location):

**STANDARD REMEDIATION PROCEDURES** (described in consultation with client) ______YES?

**CLEARANCE CRITERIA/AIR SAMPLING** (level of "cleanliness" achieved after remediation)
**Note:** It is impossible to eliminate all mold spores from a home or building, **they are a natural part of dust and are constantly floating in the air.**

We will perform Air Quality sampling, clearance tests, pre and post remediation.
**Please read: Client Mold Information Sheet & EPA Book..Mold Remediation Schools & Commercial**

| | |
|---|---|
| Price To Complete: $ | Payment Terms: **Pay In-Full on Day of Service** |
| Proposal **Valid** For: **30 DAYS** | |

Authorized Signature: Donna M. Cortez, Owner

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the quotation. All agreements are contingent upon strikes, accidents, weather and any and all delays beyond our control. BASH Cleaning & Mold Remediation is not liable for any pre-existing damages or installation irregularities.

ACCEPTANCE OF PROPOSAL – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.
SIGNATURE: DATE:

ATTN: Adrienne

BASH CLEANING & MOLD REMEDIATION

www.bashtermitesandpests.com

BASH Cleaning & Mold Remediation
12 McCausland Avenue
East Providence, RI 02914-3506
Phone: (401) 431-6200
Fax: (401) 435-3211
Toll Free: 1-800-772-5900

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 8001 |

| Bill To | Service To |
|---|---|
| ANTHONY F. COTTONE, ESQ.<br>55 DORRANCE STREET<br>SUITE #400<br>PROVIDENCE, RI 02903 | ADRIENNE G. SOUTHGATE<br>22 ROSEDALE AVENUE<br>BARRINGTON, RI 02806-1556 |

| P.O. No. | Project | Rep | Terms | Due Date |
|---|---|---|---|---|
| | | MKB | Due on receipt | 10/24/2006 |

| Serviced On | Item | Description | Amount |
|---|---|---|---|
| 10/13/2006 | MOLD Remediation | MOLD REMEDIATION WORK PLAN<br>We have REMEDIATED the following:<br>~ Approximately 1070 Sq Feet of dry wall<br>~ Approximately 28 Esq Feet of carpeting<br>~ Contaminated Floors<br>~ Archway in one room<br><br>* For more details regarding the remediation please see the proposal<br><br>PAID 11-17-06 In-Full<br>w/check # 2563<br><br>Donna M. Cortez | 5,473.00 |

Thank you for your business and we welcome your telephone call to us regarding your experience with our service. For any questions please call 401-431-6200.

| Total | $5,473.00 |
|---|---|

| E-mail | Web Site |
|---|---|
| BashPest4u@aol.com | www.bashtermitesandpests.com |