UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADRIENNE SOUTHGATE

v. CA 06-500 ML

VERMONT MUTUAL
INSURANCE COMPANY

## ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment. Plaintiff has filed a timely objection. Neither party, however, has complied with District of Rhode Island Local Rule Cv 56(a).

Defendant is ordered to comply with Local Rule Cv 56(a)(1)(2) by making the required filings within 10 days of the date of this order. Plaintiff is ordered to comply with Local Rule Cv 56(a)(4) within 10 days of receipt of Defendant's filing.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
November 5, 2007