UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIENNE SOUTHGATE

VS. C.A. NO. 06-500ML

VERMONT MUTUAL
INSURANCE COMPANY

DISMISSAL STIPULATION

The above-captioned matter with respect to all Counts (Count I - Breach of Contract and Count II - Bad Faith) is hereby dismissed with prejudice; no interest, no costs.

Date: January 31, 2008

Plaintiff,
By her Attorneys,

/s/Anthony F. Cottone, Esquire (3922)
55 Dorrance Street, Suite 400
Providence, RI 02903
401-578-5696
401-861-2922 9 (fax)
cottonelaw@cox.net

Defendant,
By its Attorneys,

/s/ John G. Hines (0576)
/s/ Robert P. Corrigan (4233)
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)
hines-corrigan@conversent.net